**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KIMBERLY STARLING**, on behalf of herself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **ONPROCESS TECHNOLOGY, INC.**, <br><br> *Defendant*. | Civil Case No.: 1:23-cv-10949 |

**PLAINTIFF, KIMBERLY STARLING'S MOTION FOR**
**LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff, Kimberly Starling, respectfully moves the Court under Federal Rules of Civil Procedure 7(b) and 15(a)(2) for an order granting Plaintiff leave to file the attached First Amended Complaint.  Plaintiff has conferred with the other parties in this action in accordance with Local Rule 7.1.

Plaintiff seeks to assert claims for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, against AT&T Services, Inc. ("AT&T").  A party "may be liable for [TCPA] violations by its representatives under a broad range of agency principles, including not only formal agency, but also principles of apparent authority and ratification." *In re DISH Network, LLC*, 28 FCC Rcd. 6574, 6584 (2013).  Defendant OnProcess Technology, Inc. ("OnProcess") and AT&T Services, Inc. admit that OnProcess was acting as an agent of AT&T with respect to the telephone calls at issue in this case.  *See* ECF No. 28 at 8-10; ECF No. 28-2; ECF No. 28-3 at 1-4.  Thus, if OnProcess is found liable for the calls at issue, AT&T is vicariously liable.

In support of her Motion, Plaintiff relies on the Memorandum of Law filed contemporaneously herewith.

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I, Max S. Morgan, hereby certify that Plaintiff and OnProcess have conferred and OnProcess does not oppose the relief requested in the Motion.

*s/Max S. Morgan*_____
Max S. Morgan, Esq.

## **LOCAL RULE 15.1(b) CERTIFICATION**

Pursuant to Local Rule 15.1(b), I, Max S. Morgan, hereby certify that I caused a copy of this Motion to be served on AT&T Services, Inc. at least 14 days in advance of filing this Motion, together with a separate document stating the date on which the Motion will be filed.

*s/Max S. Morgan*_____
Max S. Morgan, Esq.

Dated: October 17, 2023                    Respectfully submitted,

/s/ Brendan J. Quinn_____
Brendan J. Quinn, Esq. (#710555)
INDEGLIA LUTRARIO
*Attorneys at Law*
300 Centerville Road, Suite 320 East
Warwick, RI 02886
Fax: (401) 886-9241
Tel: (401) 886-9240
Brendan.Quinn@Indeglialaw.com

Max S. Morgan, Esquire*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

Chris R. Miltenberger, Esquire*
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200

Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

*admitted *pro hac vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants by first class mail.

*s/Christine Davies*____
Christine Davies