IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONPROCESS TECHNOLOGY, INC. and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 1:23-cv-10949-JEK |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN P. JETT**

The undersigned counsel for Defendant AT&T Services, Inc. ("AT&T") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that John P. Jett, Kilpatrick Townsend & Stockton LLP, be permitted to practice before this court *pro hac vice* as counsel for AT&T. The undersigned submits as follows:

1. Mr. Jett's business address is 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309; telephone number, (404) 815-6020; email address, jjett@ktslaw.com.

2. As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Jett is a member in good standing of the bar of the State of Georgia, has been admitted to practice in a number of federal courts, and there are no disciplinary proceedings pending against him.

3. Mr. Jett is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

4. My appearance as counsel for AT&T is on record.

5. Counsel for plaintiff assents to this motion.

1

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Jett to appear and practice before this Court *pro hac vice* on behalf of AT&T in all proceedings in this action.

Dated: January 17, 2024

Respectfully submitted,

/s/ *Daniel J. Cloherty*
Daniel Cloherty (BBO #565772)
CLOHERTY & STEINBERG, LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160
dcloherty@clohertysteinberg.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), on January 17, 2024, counsel for AT&T and counsel for the plaintiff met and conferred, and counsel for the plaintiff assented to this motion.

/s/ *Daniel J. Cloherty*
Daniel Cloherty

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on January 17, 2024.

/s/ *Daniel J. Cloherty*
Daniel Cloherty