UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONPROCESS TECHNOLOGY, INC. and AT&T SERVICES, INC.,<br><br>Defendants. | Case No.: 1:23-cv-10949-JEK<br><br>REQUEST FOR ORAL ARGUMENT |

**DEFENDANT AT&T SERVICES, INC.'S**
**MOTION TO STAY ACTION PENDING ARBITRATION**

Defendant AT&T Services, Inc. ("AT&T") hereby moves the Court to stay this action pending arbitration of Plaintiff's claims in accordance with Section 3 of the Federal Arbitration Act. In support of this motion, AT&T submits an accompanying memorandum of law.

Respectfully submitted,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
Tel: 617-481-0160

- 2 -

                    John P. Jett*
                    jjett@ktslaw.com
                    Jeffrey H. Fisher*
                    jfisher@ktslaw.com
                    Ava J. Conger*
                    aconger@ktslaw.com
                    KILPATRICK TOWNSEND & STOCKTON LLP
                    1100 Peachtree Street, Suite 2800
                    Atlanta, Georgia 30309
                    Tel: 404-815-6500
                    Fax: 404-815-6555
                    *Admitted pro hac vice*

                    *Counsel for Defendant AT&T Services, Inc.*

Dated: January 19, 2024

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, in accordance with Local Rule 7.1(A)(2), counsel for AT&T had a productive conferral with counsel for Ms. Starling, but that the parties are not yet in agreement on the relief requested herein.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19, 2024.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty