# EXHIBIT B



KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
t 404 815 6500  f 404 815 6555

direct dial 404 685 6772
direct fax 404 541 4685
jfisher@kilpatricktownsend.com

January 18, 2024

**Via Email and Certified Mail**

Brendan J. Quinn
Indeglia Lutrario, Attorneys at Law
300 Centerville Road, Suite 320 East
Warwick, RI 02886
brendan.quinn@indeglialaw.com

Max S. Morgan
The Weitz Firm, LLC
1515 Market Street #1100
Philadelphia, PA 19102
max.morgan@theweitzfirm.com

Chris R. Miltenberger
The Law Offices of Chris R.
 Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, TX 76092
chris@crmlawpractice.com

Re:   Notice of Dispute Regarding Account No. ████3200

Counsel:

This firm represents AT&T Services, Inc. ("AT&T"). We write to you today regarding an arbitrable dispute with your client, Kimberly Starling, regarding an AT&T internet and video services account (Account Number ████3200) and our efforts to secure the return of certain AT&T equipment related to that account.

In accordance with section 1.3.2.2 of the AT&T Consumer Service Agreement, AT&T promptly will file a demand for arbitration if this dispute is not resolved within 60 days from the date of this letter. Please contact us if you wish to discuss this dispute.

Best regards,

Jeffrey H. Fisher

cc:   John P. Jett (jjett@ktslaw.com)
      Ava J. Conger (aconger@ktslaw.com)
      Daniel J. Cloherty (dcloherty@clohertysteinberg.com)
      Victoria L. Steinberg (vsteinberg@clohertysteinberg.com)



# Notice of Dispute

## Instructions

You can use this form to tell AT&T's Legal Department about your dispute and begin the 60-day Informal Dispute Resolution Process. Information marked with an asterisk (*) is required, but you may also want to include copies of your bills, notes, communications with AT&T, or advertisements.

Mail a copy of this completed form and any supporting documents to:

**Legal Department: Notice of Dispute**
**AT&T**
**208 S. Akard, Office #2900.13**
**Dallas, Texas 75202**

## Account Holder's Information (*Required fields)

For privacy reasons, the AT&T Legal Department is only able to communicate with the account holder or a legal representative. For details, go to about.att.com/privacy/transparencyreport.html.

*Account Holder's Name

| *First Name | M.I.* | *Last Name | Jr./Sr. |
|---|---|---|---|
| Kelly | | Pinn | |

For security purposes, the AT&T Legal Department can only contact the customer at a phone number or email on file with the account.

*Account Holder's Billing Address

*Street

[REDACTED]

| *City | *State |
|---|---|
| [REDACTED] | [REDACTED] |

| *Zip/Postal Code | *Country |
|---|---|
| [REDACTED] | U.S.A. |

| *Account Holder's Billing Phone | *Account Holder's Email (if none, enter "none") |
|---|---|
| xxx-xxx-2161 | [REDACTED]@gmail.com |

*Are you the account holder?   ☐ Yes   ☒ No



# Notice of Dispute

**If you are the account holder, you can skip this page and go to page 3. You must complete this page if you are not the account holder.**

## Legal Representative's Information (*Required Fields)

*What is your legal basis for representing the customer?

[X] Attorney    [ ] Trustee    [ ] Other: _____

*Please explain. (You may want to attach relevant documents, if any.)

> See attached

[ ] I confirm that I have authority to represent this customer.

**\*Attorney's/Trustee's/Other's Name**

| *First Name | M.I. | *Last Name | Jr./Sr. |
|---|---|---|---|
| Brendan | J. | Quinn | |

| Law Firm [if applicable] | License # [if applicable] |
|---|---|
| Indelgia Lutrario, Attorneys at Law | 710555 |

**\*Attorney/Trustee/Other's Address**

*Street

> 300 Centerville Road, Suite 320 East

| *City | *State |
|---|---|
| Warwick | Rhode Island |

| *Zip/Postal Code | *Country |
|---|---|
| 02886 | U.S.A. |

| *Attorney/Trustee/Other's Phone | *Attorney/Trustee/Other's Email |
|---|---|
| (401) 886-9241 | brendan.quinn@indeglialaw.com |



# Notice of Dispute

## Account Information

Is this a business or personal account?  ☐ Business   ☒ Personal

Which account and product are in dispute? Check all that apply and provide the account number for each. *At least one is required.

☐ **AT&T Wireless**
Phone Number: _____

☐ **AT&T PREPAID**
Phone Number: _____

☐ **Landline**
Phone Number: _____

☒ **Internet (including DSL, U-verse, dial-up, AT&T Internet. AT&T Fiber, AT&T Phone (VOIP))**
Account Number: ▮▮▮▮3200

☒ **Video (including AT&T TV, U-verse, DIRECTV, AT&T Now)**
Account Number: ▮▮▮▮3200

☐ **Digital Life**
Account Number: _____

☐ **FirstNet Subscriber-Paid**
Phone Number: _____

Are you making a property damage claim?   ☐ Yes   ☒ No



# Notice of Dispute

## Dispute Details (*Required fields)

*What issue(s) does your dispute involve? (Please explain your dispute in detail.)

> See attached.

**Date Range of issue(s)**

From

| Month | Day | Year |

To

| Month | Day | Year |

*Are you seeking a credit, refund, or payment? If so, please enter the total amount requested and explain how you calculated the amount.

$ TBD



# Notice of Dispute

## Dispute Details (continued)

*Are you asking for anything other than a refund, credit, or payment? If so, please explain.

> See attached.

Please list any previous efforts to resolve this dispute, including whether you talked to Customer Care. If you did, can you remember who you talked to? Do you have the call reference number?

**\*Account Holder's Signature (\*Required Field)**     **Date**

*Walid Abdul-Rahim* - AVP AT&T Services, Inc.         01/18/2023

**Please print and mail a completed copy of this form and any supporting documents to the AT&T Legal Department at the address on page 1. If you are not the account holder, please also include a completed Account Authorization form (at att.com/AccountAuthorization).**

**Notice of Dispute - Account No.** ▮▮▮▮▮**3200**
**Account Holder Kelly Pinn**
**Attachment**

AT&T provides this notice to Kimberly Starling that it intends to commence arbitration against Ms. Starling and her sister, Kelly Pinn, for conspiring to manufacture illegitimate legal claims against AT&T Services, Inc., and/or its affiliates ("AT&T") alleging telemarketing violations.

**(a)**   **Claimant's name, address, and phone number:**

AT&T Services, Inc.
Walid Abdul-Rahim
AVP and Senior Legal Counsel
5005 Executive Parkway #3N306
San Ramon, CA  94583
(415) 268-9490

**(b)**   **Account number at issue**:  AT&T Account Number ▮▮▮▮▮3200 (Kelly Pinn)

**(c)**   **Services (if any) to which the claim pertains**:  U-verse TV

**(d)**   **Description of the nature and basis of the claim or dispute**.

Kimberly Starling and her sister Kelly Pinn have conspired to fabricate a TCPA lawsuit against AT&T.

When Ms. Pinn signed up for AT&T Internet Service (including U-verse Voice and TV service), she told AT&T she could be contacted at a telephone number ending in 6140. When Ms. Pinn later cancelled that service, an AT&T vendor called the 6140 number to ask Ms. Pinn about returning the AT&T equipment that she (as a service customer) used as part of the service, *e.g.*, a modem.  However, the 6140 phone number Ms. Pinn gave AT&T belongs to her sister, Ms. Starling. Ms. Starling answered her phone when the vendor called, but rather than identify herself, she pretended to be Ms. Pinn. Ms. Starling texted her sister during the call asking details about Ms. Pinn's AT&T account to bolster her counterfeit identity.

Based in part on this call, Ms. Starling filed a lawsuit, *Starling v. OnProcess*, Case No. 1:23-cv-10949 (D. Mass.) (the "*Starling* Action"), alleging the vendor (OnProcess) made several calls to her cell phone number regarding Ms. Pinn's AT&T account without consent and in violation of the TCPA. Ms. Starling recently added AT&T to the *Starling* Action as a defendant.

AT&T denies that it violated the TCPA. More importantly, however, AT&T has legitimate concerns that the *Starling* Action was not brought in good faith. AT&T takes the TCPA, its customers' privacy rights, and the privacy rights of non-customers very seriously. But Ms. Pinn's and Ms. Starling's actions here suggest a setup. Accordingly, AT&T intends to commence arbitration against Ms. Starling and Ms. Pinn for their bogus TCPA claim against AT&T.  AT&T believes that, in an effort to manufacture a future TCPA violation, Ms. Pinn deliberately provided Ms. Starling's cellular telephone number to AT&T as a secondary contact number for Ms. Pinn's account. Ms. Starling also pretended to be Ms. Pinn during a phone call with the vendor, while at the same time texting with Ms. Pinn so that Ms. Pinn could provide Ms. Starling with details that would further Ms. Starling's efforts to pretend to be Ms. Pinn. Ms. Starling then

**Notice of Dispute - Account No. ▮▮▮▮3200**
**Account Holder Kelly Pinn**
**Attachment**

filed the *Starling* Action against the vendor and added AT&T as a defendant. If Ms. Pinn had Ms. Starling's consent to give AT&T her phone number, then there was no TCPA violation. If Ms. Pinn did not have consent, then Ms. Starling participated in a conspiracy to manufacture the TCPA claim and is responsible for any ensuing harm to AT&T, including having to defend or pay damages in Ms. Starling's TCPA lawsuit. Ms. Pinn and Ms. Starling cannot have it both ways.

The sisters' conduct in other contexts lends credibility to AT&T's suspicions. Ms. Starling, for example, has stated under oath that she purchases products or services that she does not want solely for the purpose of identifying potential TCPA defendants. Ms. Pinn has acknowledged under oath that she and Ms. Starling celebrate upon receiving calls that they characterize as "robocalls" and that presumably would support additional TCPA claims. And at least one lawsuit has been filed against Ms. Starling alleging a "fraudulent and illegal scheme" to manufacture TCPA violations.

Based on the above conduct, AT&T intends to assert several claims against Ms. Starling in arbitration, including for negligent and fraudulent misrepresentation and civil conspiracy.

**(e) Specific relief sought.** AT&T will seek actual damages, attorney's fees and costs, and any other expenses as authorized by the arbitration agreement and applicable AAA Rules. Actual damages will include any judgment against AT&T in the *Starling* Action, as well as costs, experts' fees, and attorneys' fees incurred therein.

AT&T SERVICES, INC.

By: *Walid Abdul-Rahim*

TITLE:  AVP – Sr. Legal Counsel

DATED:  1-18-2024