UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONPROCESS TECHNOLOGY, INC. and AT&T SERVICES, INC.,<br><br>Defendants. | Case No.: 1:23-cv-10949-JEK |

**DEFENDANT AT&T SERVICES, INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO STAY ACTION PENDING ARBITRATION**

Defendant AT&T Services, Inc. ("AT&T"), moves, in accordance with Local Rule 7.1(b)(3), for leave to file a reply brief in support of its Motion to Stay Action Pending Arbitration (Dkt. 64). In support of this request, AT&T states as follows:

1. In her Opposition (Dkt. 72), Plaintiff Kimberly Starling presents numerous factual assertions beyond the allegations of her Amended Complaint, supported by four separate Declarations. *See id*. at 5-10 (citing *id.* 72-1, 72-2, 72-3, & 72-4). Based on AT&T's initial review, at least some of these assertions lack support in the cited evidence. *Compare* Opposition at 2 (asserting that AT&T's records reflect that an "unverified" number means "that AT&T did not obtain the proper consent to call the number") *with* Morgan Decl. Ex. 3 at AT&T0134 (citing document with no reference to "verified" or "unverified" numbers). The Opposition also relies on inapposite legal authorities, including a Seventh Circuit decision where a credit card company

argued it had consent to repeatedly call a customer's minor daughter merely because it had captured the daughter's number using "caller ID software" after the customer had used her daughter's cell phone to call the credit card company a single time. *See* Opp. at 12-17 (citing, *inter alia*, *A.D. v. Credit One Bank, N.A.*, 885 F.3d 1054, 1058 (7th Cir. 2018)). Plaintiff also levels serious accusations of misconduct against AT&T, accusing AT&T of engaging in "intimidation tactics" and requesting that AT&T be sanctioned. AT&T believes that the Court's deliberation would be assisted by a response to these new allegations and authorities and therefore respectfully seeks leave to file a brief reply.

2.  AT&T respectfully requests leave to file a reply brief of no more than 10 pages on or before February 16, 2024. AT&T will raise arguments only in reply to the Opposition.

3.  In accordance with Local Rule 7.1(a)(2), counsel for AT&T contacted Ms. Starling's counsel on February 5, 2024, to confer regarding the motion. Ms. Starling opposes the motion.

Respectfully submitted,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02110
Tel: 617-481-0160

        John P. Jett*
        jjett@ktslaw.com
        Jeffrey H. Fisher*
        jfisher@ktslaw.com
        Ava J. Conger*
        aconger@ktslaw.com
        KILPATRICK TOWNSEND & STOCKTON LLP
        1100 Peachtree Street, Suite 2800
        Atlanta, Georgia 30309
        Tel: 404-815-6500
        Fax: 404-815-6555
        *Admitted pro hac vice

        Counsel for Defendant AT&T Services, Inc.

Dated: February 5, 2024

## LOCAL RULE 7.1 CERTIFICATION

    I hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for AT&T conferred with counsel for Ms. Starling who stated that Ms. Starling opposes the motion.

        /s/ *Daniel J. Cloherty*
        Daniel J. Cloherty

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 5, 2024.

        /s/ *Daniel J. Cloherty*
        Daniel J. Cloherty